# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:06CR288 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DENISE GARVIN, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's Motion to Continue [79] the change of plea hearing. Good cause being shown, the motion will be granted and the change of plea hearing will be rescheduled.

IT IS ORDERED:

1. The defendant's Motion to Continue [79] is granted; and

2. That the Change of Plea hearing is continued to **January 4, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **December 4, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 5th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge