IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DENISE GARVIN, | ) | |
| | ) | |
| Defendant. | ) | |

     UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

     IT IS ORDERED that the Change of Plea hearing is continued to **January 18, 2007** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     For this defendant, the time between **January 3, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 3rd day of January, 2007.

                                                                 BY THE COURT:

                                                                 s/ F.A. Gossett
                                                                 United States Magistrate Judge